# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRYLAND DEFENSE SOLUTIONS LLC, and GAVEN L. POCZEKAJ, SR., <br><br> Defendants. | CASE NO.: 4:26-CV-00374-ALM |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Plaintiffs ABC, IP, LLC, and Rare Breed Triggers, Inc., in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: August 13, 2026                                    Respectfully submitted,

                                                           /s/ Melissa R. Smith
                                                           Melissa R. Smith
                                                           State Bar No. 24001351
                                                           GILLAM & SMITH, LLP
                                                           303 South Washington Avenue
                                                           Marshall, Texas 75670
                                                           Telephone:  (903) 934-8450
                                                           Facsimile:  (903) 934-9257
                                                           Email:  melissa@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served today, August 13, 2026, with a copy of this document via the Court's CM/ECF system.

                                                           /s/ Melissa R. Smith
                                                           Melissa R. Smith

2