**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRYLAND DEFENSE SOLUTIONS LLC, a Wisconsin limited liability company, and GAVEN L. POCZEKAJ, SR.,<br><br>Defendants. | Civil Action No. 4:26-cv-00374-ALM |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers' Motion for Leave to File First Amended Complaint (the "Motion for Leave" - Dkt. #18). The Court, having considered the Motion for Leave, response, reply, and the applicable law, finds that the Motion for Leave should be, and hereby is, **GRANTED.**

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE