**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In Re: Rare Breed Triggers Patent Litigation | 4:26-md-03176-ALM<br>MDL 3176 |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>80MILLS LLC, d/b/a TACTICAL TITAN SUPPLY, and PEARSON GARDNER,<br>Defendants. | Civil Action No. 4:26-cv-00380-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>AS DESIGNS, LLC, MATTHEW S. KARLOVIC, CALVIN OLSON, and JOHN DOE,<br>Defendants. | Civil Action No. 4:26-cv-00370-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>CHRISTOPHER COPE,<br>Defendant. | Civil Action No. 2:26-cv-00033-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DAIRYLAND DEFENSE SOLUTIONS LLC, and GAVEN L. POCZEKAJ, SR., | Civil Action No. 4:26-cv-00374-ALM |

| | |
|---|---|
| Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>DNT LLC, d/b/a DEEZ NUTZ TACTICAL, and ZACH MORROW,<br>Defendants. | Civil Action No. 4:26-cv-00377-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HANES TACTICAL, LLC, and DAMION TERRELL BENNETT,<br>Defendants. | Civil Action No. 4:26-cv-00369-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>HARRISON GUNWORKS LLC, and TYLER HARRISON,<br>Defendants. | Civil Action No. 4:26-cv-00379-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>MARS TRIGGER, LLC, and PETER BRENNEN,<br>Defendants. | Civil Action No. 2:26-cv-00030-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs, | Civil Action No. 2:26-cv-00056-ALM |

| | |
|---|---|
| v.<br>MISTER GUNS, LLC, THOMAS CARTER II, and BRANDI CARTER,<br>Defendants. | |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>STEVEN THANH NGUYEN, d/b/a POLYMER PEW,<br>Defendant. | Civil Action No. 4:26-cv-00425-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>OPTICS PLANET, INC., d/b/a ECENTRIA,<br>Defendant. | Civil Action No. 4:26-cv-00521-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PEAK TACTICAL, LLC, d/b/a PARTISAN TRIGGERS, and NICHOLAS NORTON,<br>Defendants. | Civil Action No. 4:26-cv-00698-ALM |
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>PISTOLCAP LIMITED COMPANY, d/b/a FRISCO GUNS, and MORDEKHAI HARROCH,<br>Defendants. | Civil Action No. 2:26-cv-00053-ALM |

| | |
|---|---|
| ABC IP, LLC, and RARE BREED TRIGGERS, INC.,<br>Plaintiffs,<br>v.<br>Z3 PRODUCTIONS, LLC, d/b/a Z3PRO,<br>Defendant. | Civil Action No. 4:26-cv-00367-ALM |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY DEADLINES RELATING TO AMENDED COMPLAINTS PENDING THE RULE 16.1 INITIAL MANAGEMENT CONFERENCE**

Before the Court is Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc.'s Unopposed Motion to Stay Deadlines Relating to Amended Complaints Pending the Rule 16.1 Initial Management Conference (the "Motion"). Defendants in the above-captioned actions do not oppose the relief requested in the Motion. Having considered the Motion and its unopposed nature, the Court finds that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that any requirement or deadline for Plaintiffs to file amended complaints in the above-captioned actions, including amended complaints conforming to the Court's September 17, 2026 orders granting in part and denying in part Plaintiffs' motions for leave to amend, is STAYED until after the initial management conference set for October 15, 2026, and any further guidance from the Court.

It is further ORDERED that all deadlines for Defendants in the above-captioned actions to answer, move, or otherwise respond to any amended complaint, including responses currently due October 1, 2026, are held in ABEYANCE until after the October 15, 2026 initial management conference and any further guidance from the Court.

It is further ORDERED that, following the initial management conference and any further guidance from the Court, Plaintiffs shall file amended complaints consistent with the

Court's guidance, and Defendants shall respond within the time set by Federal Rule of Civil Procedure 15(a)(3).

It is further ORDERED that this Order is without prejudice to any party's claims, defenses, or positions, including any defense under Federal Rule of Civil Procedure 12(b).

**IT IS SO ORDERED.**

**SIGNED this 7th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE